OPINION — AG — PURSUANT TO THE OKLAHOMA PUBLIC COMPETITIVE BIDDING ACT, 61 O.S. 1975 Supp., 101 [61-101] ET SEQ., THE BOARD OF DIRECTORS OF THE GRAND RIVER DAM AUTHORITY CANNOT CONSIDER A MODIFICATION OF A PUBLIC BID, AFTER THE NOTICE AND OPENING TIME HAS EXPIRED, AND THE APPROVAL OF ANOTHER BID IN OFFICIAL SESSION. CITE: 61 O.S. 1975 Supp., 103 [61-103], 61 O.S. 1975 Supp., 110 [61-110] (DAVID K. MCURDY)